IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIE DEMARIA, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.<br><br>Defendant. | Case No. 1:15-CV-03321<br><br>Hon. John Robert Blakey |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiff Marie DeMaria, on behalf of herself and all others similarly situated ("Plaintiffs"), by her attorneys, moves this Court for entry of judgment pursuant to FED. R. CIV. P. 58(d) and in support states:

1. On February 1, 2016, this Court dismissed Plaintiffs' First Amended Complaint but gave Plaintiffs leave to amend, consistent with their obligations under Rule 11, by February 22, 2016.

2. On February 22, 2016, Plaintiffs filed their Unopposed Motion for Extension of Time to File Second Amended Complaint, which this Court granted on February 23, 2016.

3. Plaintiffs have now elected to forego filing a Second Amended Complaint in order to obtain a final, appealable order of the Court's February 1, 2016 decision, and respectfully request that this Court enter judgment in this matter so that they appeal that decision.

Wherefore, Plaintiffs respectfully request that this Court enter judgment pursuant to FED. R. CIV. P. 58, so Plaintiffs may file their notice of appeal.

1

Dated: March 3, 2016						Respectfully submitted,


						By:	/s/ Edward A. Wallace
							Edward A. Wallace
							Amy E. Keller
							Adam Prom
							**WEXLER WALLACE LLP**
							55 W. Monroe Street
							Suite 3300
							Chicago, IL 60603
							(312) 346-2222 Telephone
							eaw@wexlerwallace.com
							aek@wexlerwallace.com
							ap@wexlerwallace.com

							*Attorneys for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing notice was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 3, 2016.

/s/ Edward A. Wallace

Edward A. Wallace